**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,    )
                             )
vs.                          )    **Case No.: 8:11-cr-357-T-23TBM**
                             )
ANTHONY V. FOSTER            )
_____)

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

The defendant, ANTHONY V. FOSTER, moves that the Court continue the above-captioned cause from its September 2011 Docket to the October 2011 Docket and in support thereof, states:

1.   The defendant was indicted on July 5, 2011.

2.   Thereafter, the defendant was arraigned on July 13, 2011.

3.   The defendant and the government have engaged in reciprocal discovery.

4.   On August 8, 2011, the defendant's counsel was supplied with a voluminous amount of discovery.  Additionally, there are also items of discovery that are being held by the FBI that are available for inspection.

5.   There are numerous recorded telephone calls as well as consensually monitored meetings.  The government is in the process of preparing draft transcripts of these recordings. Upon receipt of the draft transcripts, defense counsel will meet

with the government to finalize the transcripts.  This process could take approximately 3-4 weeks.

6.  The defendant agrees that speedy trial should be tolled in the interest of justice.

7.  Defense counsel will be available to try this case any time after October 4, 2011.

  **WHEREFORE,** the defendant prays that this Honorable Court enter an order continuing the trial any time after October 4, 2011 as requested herein.

    Respectfully submitted,

    s/Frank Louderback, Esquire
    **FRANK LOUDERBACK, Esq.**
    Fla. Bar No. 193295
    Attorney for Defendant
    450 Carillon Parkway #120
    St. Petersburg, FL  33716
    (727)896-2147
    (727)556-0447
    LoudHel@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Jay G. Trezevant, Assistant U.S. Attorney.

    s/Frank Louderback, Esquire
    **FRANK LOUDERBACK, Esq.**
    Fla. Bar No. 193295
    Attorney for Defendant
    450 Carillon Parkway #120
    St. Petersburg, FL  33716
    (727)896-2147